IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TINA WILSON | : | |
| | : | |
| | : | CIVIL ACTION NO. 02-CV-3878 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION; | : | ENTRY OF APPEARANCE |
| BAYER AG; | : | |
| GLAXOSMITHKLINE, PLC; | : | |
| GLAXOSMITHKLINE; | : | |
| SMITHKLINE BEECHAM | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____        _____
Hope S. Freiwald                                           Aline Fairweather



_____        _____
Alison T. Conn                                             Kirstin J. Miller



Dated: July _____, 2002            DECHERT PRICE & RHOADS
                                     4000 Bell Atlantic Tower
                                     1717 Arch Street
                                     Philadelphia, PA  19103-2793
                                     (215) 994-4000